# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| In Re Lipitor (Atorvastatin Calcium) Marketing Sales Practices and Products Liability Litigation (No II) | **MDL No. 2502**<br>**2:14-mn-02502-RMG** |
| THIS DOCUMENT RELATES TO:<br><br>*Hempstead v. Pfizer, Inc.,*<br>*Case No. 2:14-cv-01879* | **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that plaintiff Juanita Hempstead appeals to the United States Court of Appeals for the Fourth Circuit from each and every part of the final judgment entered on December 29, 2016 [Hempstead Dkt. No. 110], Case Management Order No. 97, entered on December 29, 2016 [MDL Dkt. No. 1791], and from all prior and subsequent opinions, orders, and rulings adverse to plaintiff.

Dated: January 27, 2017

Respectfully submitted,

/s/ H. Blair Hahn
H. Blair Hahn (Fed. I.D. # 5717)
Richardson Patrick Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 727-6642
bhahn@rpwb.com

*Plaintiffs' Lead Counsel*